In re Nomination Petition of Victor R. DELLE DONNE as Candidate for the Office of Judge of the Commonwealth Court of Pennsylvania.

Objector: The Honorable Christine M. Tartaglione,

Appeal of: Victor R. Delle Donne.

Supreme Court of Pennsylvania.

May 3, 2001.

### ORDER

PER CURIAM:

AND NOW, this 3rd day of May, 2001, WE AFFIRM the Order of the Commonwealth Court.